**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LESLIE R. GARCIA,

    Plaintiff,

vs.                             CASE NO. 3:01-cv-578-J-HTS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

### O R D E R

This cause is before the Court on its own motion. On August 1, 2006, Plaintiff's Amended Uncontested Petition for Award of Attorney Fees Under 42 U.S.C. § 406(b) (Doc. #28; Petition) was granted. Order (Doc. #29; Order) at 4.

Through the Petition, Plaintiff's counsel requested an award of $11,750.00 in fees pursuant to 42 U.S.C. § 406(b)(1)(A). Petition at 1. Consistent with counsel's representations, the Court indicated "[t]he $3500.00 in fees previously granted under the Equal Access to Justice Act (EAJA) . . . would then be refunded to Mr. Garcia, resulting in a total award of attorney's fees of $8250.00 for work performed before the Court." Order at 1 (citing, inter alia, Petition ¶¶ 6, 8). However, because a refund of already-granted fees merely cancels out the effect of the prior award, the statement quoted above appears to be inaccurate. For the same reason, the Court's calculations of the resulting hourly

rate, *see id.* at 3 n.2, and percentage of past-due benefits represented by "the fee sought[,]" *id.* at 3 n.1, cannot be relied upon.

While the Order will remain as entered, it should not be considered reflective of the method to be employed in future determinations of similar requests, and should not be viewed as establishing an upper range of hourly fees acceptable to the Court.

**DONE AND ORDERED** at Jacksonville, Florida this 18th day of December, 2006.

                                         /s/       Howard T. Snyder
                                        HOWARD T. SNYDER
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any